MICHAEL B. BIGELOW
Attorney at Law
State Bar Number 065211
428 J Street, Suite 350
Sacramento, CA  95814
Telephone: (916) 443-0217

Attorney for Petitioner
Brian Hogan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HOGAN, | |
| Petitioner, | No. CIV S-03-2660 EJG JFM P |
| vs. | REQUEST FOR EXTENSION OF TIME |
| JIM HAMLET, Warden, et al., | TO FILE OBJECTIONS TO |
| Respondents. | MAGISTRATE'S FINDINGS AND |
| _____/ | RECOMMENDATIONS & ORDER |

By this Court's previous order petitioner's objections to Magistrate's Finding and Recommendations are due December 21, 2006.

By this request, and for the reasons stated below, petitioner is requesting a thirty day extension of time, up to and including January 20, 2007, within which to file objections.

Plain and simple, it's the holidays. In addition, undersigned has been preparing for a is currently picking a jury (reviewing jury questionnaires) in the matter of the People v

1

1 Karis, the re-trial of the penalty phase in a 25 year old capital
2 case.
3     On December 20, 2006, I contacted Respondent's counsel and
4 she graciously agreed to my request.
5     Petitioner remains in the custody of the California
6 Department of Corrections serving his term of sentence.
7     For all of the above stated reasons, petitioner requests an
8 extension of time, up to and including January 20, 2007, within
9 which to file his objections.
10 DATED: December 20, 2006         Respectfully submitted,
11
12                                  /S/MICHAEL B. BIGELOW
                                    Attorney for Petitioner
13
14                                **ORDER**
15     For the reasons stated above, petitioner's objections to
16 findings and recommendations will be due on or before January 20,
17 2007; respondent's reply to be filed within ten days.
18 DATED: December 21, 2006.

                                    UNITED STATES MAGISTRATE JUDGE

hoga2660.eot

2