IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN HOGAN,

    Petitioner,                        No. CIV S-03-2660 LKK JFM

    vs.

JIM HAMLETT, Warden, et al.

    Respondent.                      ORDER

_____/

      By this court's previous order, petitioner's objections to the magistrate judge's Findings and Recommendations were due on January 20, 2007.

      By this request, and for the reasons stated below, petitioner is requesting a sixty day extension of time, up to and including March 20, 2007, within which to file objections.

      The undersigned is presently in trial in the matter of People v. Karis, the retrial of a 25 year old death penalty case. Jury selection had begun on December 4, 2006, but for a number of reasons ended on January 19, 2007, with a new panel of jurors to be called on February 13, 2007. In addition, the undersigned began trial in the matter of United States v. Maddox, Cr. S-03-00371, on January 9, 2007. That trial will not conclude until the week of January 22, 2007, at the earliest. Thereafter, the undersigned is scheduled to return to the Karis matter to resolve still pending motions and other issues.

      For the aforesaid reasons petitioner's objections to the magistrate's Findings and

1

1  Recommendations have not yet been completed.  The undersigned recognizes that this requested
2  second extension of time is lengthy, but submits that it is necessary.
3  On January 19, 2007, I contacted respondent's counsel and she agreed to my request.
4  Petitioner remains in the custody of the California Department of Corrections serving his
5  term of sentence.
6  For all of the above stated reasons, petitioner requests an extension of time, up to and
7  including March 20, 2007, within which to file his objections.
8  Dated: January 19, 2007

Respectfully submitted;

  /S/ Michael S. Bigelow
Attorney for Petitioner

ORDER

For the reasons stated above, and good cause appearing therefore, it is hereby ORDERED that objections to the Findings and Recommendations may be filed on or before March 20, 2007. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within ten days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: January 30, 2007.

UNITED STATES MAGISTRATE JUDGE

13 Hogan.2660.F&Rreply.eot.157

2