IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN HOGAN,

     Petitioner,                   No. CIV S-03-2660 LKK JFM P

  vs.

JIM HAMLETT, Warden, et al.,

     Respondents.            ORDER

_____/

        Petitioner, a state prisoner proceeding through counsel, has timely filed a notice of appeal of this court's March 29, 2007 denial of his application for a writ of habeas corpus together with a request for a certificate of appealability pursuant to 28 U.S.C. § 2253(c).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

        A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

/////

/////

1

1 court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>,
2 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

3        Petitioner seeks a certificate of appealability for his first, fifth, and sixth claims
4 for relief. Petitioner's first claim for relief is that his right to due process was violated because
5 there was insufficient evidence to support his conviction. Petitioner's fifth claim for relief is that
6 his rights under the Fifth Amendment were violated by the prosecutor's improper comment on
7 petitioner's failure to testify. Petitioner's sixth claim for relief is that his Sixth Amendment right
8 to the effective assistance of counsel was violated by his counsel's failure to object to the
9 prosecutor's comment that is the subject of his fifth claim for relief. Petitioner has made a
10 substantial showing of the denial of a constitutional right in those claims.

11        Accordingly, IT IS HEREBY ORDERED that:

12        1. Petitioner's April 2, 2007 request for a certificate of appealability is granted;

13        2. A certificate of appealability is issued in the present action for petitioner's first,
14 fifth and sixth claims for relief; and

15        3. The Clerk of the Court is directed to process petitioner's appeal to the United
16 States Court of Appeals for the Ninth Circuit.

17 DATED: June 27, 2007.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. <u>Jennings</u>, at 1010.